# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of April, two thousand and fifteen.

Before:      Rosemary S. Pooler,
               Reena Raggi,
               Peter W. Hall,
                   *Circuit Judges.*

_____

Universitas Education, LLC,

    Petitioner - Appellee,

v.

Nova Group, Inc., as Trustee, Sponsor and
Named Fiduciary of The Charter Oak Trust Welfare Benefit Plan,

    Respondent - Appellant.

_____

**JUDGMENT**
Docket Nos. 13-4154(L)
                 14-4698(con)

The appeals in the above captioned case from the September 30, 2013 memorandum and order and the December 18, 2014 order of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the December 18, 2014 Order of the district court is VACATED, as is that portion of the September 20, 2014 Order directing Appellant to deposit $30,181,880.30. This matter is hereby REMANDED for further proceedings in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court